NEW YORK INFANT ASYLUM, Respondent, *v.* THE CITY OF MOUNT VERNON, Appellant.

*N. Y. Infant Asylum* v. *City of Mount Vernon,* 64 App. Div. 621, appeal dismissed.

(Submitted April 11, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 22, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*William J. Marshall* for appellant.

*Arthur M. Johnson* for respondent.

Appeal dismissed, with costs, on opinion in *Archer* v. *City of Mount Vernon* (171 N. Y. 639).

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.